## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

**LAWRENCE WESLEY WALKER,**

      Plaintiff,

v.

**CITY OF HOMERVILLE, a Municipal Corporation; MARGARET PEG BLITCH, Individually and as Mayor of the City of Homerville; WILLIE ALFORD HARDEE, Individually and as City Councilman for the City of Homerville; AND WILLIAM VEST, Individually and as a City Councilman for the City of Homerville, Georgia**,

      Defendants.

Civil Action No. 7:12-CV-137 (HL)

### ORDER

Before the Court is Defendants' Motion for Summary Judgment (Doc. 18). In the Brief (Doc. 19) and Statement of Material Facts (Doc. 20) filed with the Motion for Summary Judgment, Defendants rely on the deposition of Plaintiff Lawrence Wesley Walker. The Defendants are ordered to file a complete copy of Plaintiff's deposition with the Court, including all exhibits to his deposition.

**SO ORDERED**, this the 25th day of September, 2013.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr